Nannina L. Angioni (Bar No. 11041)
*nangioni@kaedianllp.com*
KAEDIAN LLP
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 706-7571

Attorneys for Plaintiff,
NAKED WHEY, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAKED WHEY, INC., a Florida corporation;<br><br>Plaintiff,<br><br>vs.<br><br>D&L INVESTMENT LTD., d/b/a DELEY NATURALS, a Nevada corporation; and DOES 1 – 25,<br><br>Defendant. | Case No.: 2:18-cv-1616<br><br>**COMPLAINT FOR DAMAGES, RESTITUTION, AND INJUNCTIVE RELIEF:**<br><br>1. **TRADEMARK INFRINGEMENT;**<br>2. **TRADEMARK DILUTION;**<br>3. **TRADE DRESS INFRINGEMENT;**<br>4. **COMMON LAW TRADEMARK AND TRADE DRESS INFRINGEMENT;**<br>5. **INJURY TO BUSINESS REPUTATION;**<br>6. **UNFAIR COMPETITION;**<br>7. **ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT.**<br><br>**DEMAND FOR JURY TRIAL.** |

Plaintiff Naked Whey, Inc. ("Plaintiff" or "Naked"), a Florida corporation, brings this action against D&L Investments Ltd., d/b/a Deley Naturals ("Defendant" or "Deley"), a Nevada corporation, and DOES 1 - 25 for injunctive relief, restitution, and damages, and alleges as follow:

## I.     JURISDICTION AND VENUE

1.     This Court has original jurisdiction over this matter to adjudicate the Lanham Act claims pursuant to 15 U.S.C. § 1121, subject matter jurisdiction pursuant to 28 U.S.C. §1331 and 28 U.S.C. § 1338(a) and (b), and supplemental jurisdiction of the state law claims pursuant to 28 U.S.C. § 1367(a).

2.     This Court has personal jurisdiction over Defendant.  Upon information and believe, Defendant maintains its principal place of business in Clark County, Nevada.  Further, this Court has personal jurisdiction over each of the Defendants. The Defendants solicit, transact, and are doing business within the State of Nevada; have committed unlawful and tortious acts both within and outside the State of Nevada causing injury in Nevada and within this judicial district; and are regularly doing or soliciting business or engaging in a persistent course of conduct in the State of Nevada.

3.     Venue is proper under 38 U.S.C §§1391(b)-(d).  A substantial part of the events giving rise to this action occurred in this judicial district.  28 U.S.C. § 1391(b). Plaintiff is informed and believe, and on that basis alleges, that Defendant has and/or is currently selling its goods throughout this District either by way of retail stores or online stores that sell to consumers in this District.

## II.     THE PARTIES

4.     Plaintiff is a Florida corporation with its principal place of business located at 4061 Palau Dr., Sarasota, FL 34241.  Plaintiff is engaged in the business of, *inter alia,* selling nutritional and dietary supplements and providing information relating to nutrition, diet, health and wellness.

5.     Plaintiff is informed and believes, and on that basis alleges, that Defendant is a Nevada Corporation with its principal place of business located at 530 S. 8th Street, Las Vegas, NV 89101.  Plaintiff is further informed and believes, and on that basis alleges, that Defendant owns and/or has operated the website

www.intentionallynaked.com for the purposed of advertising and promoting the sale and distribution of supplements branded "Intentionally NAKED."

6.     Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 – 25, inclusive, and therefore sues these defendants by such fictitious names.  Plaintiff will seek leave of Court to amend the Complaint to add such persons and entities as defendants, and to allege the exact nature of their wrongful conduct when such information has been ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's injuries herein alleged were proximately caused by their conduct.

7.     Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, each of the Defendants was the agent and employee of each of the other Defendants, and in doing the things hereinafter alleged, each Defendant was acting within the course and scope of such agency and/or employment.

8.     Hereafter, Defendant Deley and DOES 1 – 25, when not referred to specifically and individually, shall be referred to collectively as "Defendants."

### III.    NATURE OF ACTION

9.     This is an action for trademark infringement (15 U.S.C. § 1114(a) and common law), trade dress infringement (15 U.S.C. § 1125(a) and common law), trademark dilution, injury to business reputation, unfair business practices, and violations of the Anti-Cybersquatting Consumer Protection Act.

### IV.    GENERAL ALLEGATIONS

**A.    Plaintiff's Trademarks**

10.     Naked Whey, Inc. was founded in 2014, at which time Plaintiff began using the "Naked" mark in interstate commerce in connection with its nutritional and dietary supplements company and to provide information online relating to nutrition, diet, health and wellness.

**COMPLAINT FOR DAMAGES**

11.     Plaintiff produces a variety of distinct and high quality supplements under its brand, and offers and sells its products throughout the United States and internationally.

12.     Plaintiff offers and sells its more than 30 different nutritional and supplement products to the public through various channels, including, but not limited to, its website and various e-commerce platforms such as Amazon, The Vitamin Shoppe, and eBay.

13.     Plaintiff is the owner of thirteen valid, subsisting, uncancelled trademarks.  Naked owns a number of trademarks, which include:

   i.     <u>Naked</u> Nutrition – U.S. Trademark Registration number 5304095

   ii.    <u>Naked</u> Pea – U.S. Trademark Registration number 5020266

   iii.   <u>Naked</u> Whey – U.S. Trademark Registration number 5304094

   iv.    <u>Naked</u> Casein – U.S. Trademark Registration number 5304096

   v.     <u>Naked</u> Egg – U.S. Trademark Registration number 5204303

   vi.    <u>Naked</u> Goat – U.S. Trademark Registration number 5204308

   vii.   <u>Naked</u> Rice – U.S. Trademark Registration number 5204309

   viii.  Less <u>Naked</u> – U.S. Trademark Registration number 5304095

   ix.    <u>Naked</u> PB – U.S. Trademark Registration number 5369917

   x.     <u>Naked</u> Glutamine – U.S. Trademark Registration number 5378686

   xi.    <u>Naked</u> Creatine – U.S. Trademark Registration number 5384586

   xii.   <u>Naked</u> Mass – U.S. Trademark Registration number 5500843

   xiii.  <u>Naked</u> Energy – U.S. Trademark Registration number 5533423

A copy of said trademark registrations are attached hereto as Exhibit A.  These trademarks marks along with common law rights to the trademark "Naked" are hereinafter collectively referred to as the "Naked Marks."

///

///

**COMPLAINT FOR DAMAGES**

14.     These registrations are conclusive evidence of Plaintiff's exclusive right to use NAKED in commerce or in connection with the goods specified in the registration.

15.     Plaintiff has also filed the following U.S. Trademark Applications, which are pending before the United States Patent and Trademark Office:

      i.     Naked – Application number 87679223

      ii.    Get Naked – Application number 87946509

      iii.   Naked BCAAs – Application number 87802003

      iv.    Naked Meal – Application number 87802008

16.     Since at least 2014, Plaintiff has adopted and continuously used the Naked Marks and its trade name, Naked, in connection with International Class 005 for protein supplements and nutritional supplements.  Naked is a prominent, national brand; with products available nationwide in all major markets in the United States and internationally in the European Union, Canada, and India.

17.     Plaintiff has invested substantial amounts of time, effort, and money in developing, marketing, promoting and protecting the Naked Marks throughout the United States.  Plaintiff's Naked Marks are strong in light of the successful use, significant sales volume, and widespread recognition.  In addition to the protection afforded by Plaintiff by its thirteen trademark registrations, Plaintiff has extensive, non-registered statutory and common law rights in the Naked Marks.

**B. Plaintiff's Trade Dress**

18.     Since 2014, Plaintiff has consistently utilized a very specific design, which includes "Naked" and the specific product name in block letters on a minimalistic background.  See examples of trade dress below ("Plaintiff's Trade Dress"):

///

///

**COMPLAINT FOR DAMAGES**

1
2
3
4
5
6
7
8
9

 

10
11
12
13
14
15
16
17



18       19.    Since at least September of 2014, Plaintiff has marketed and sold

19   nutritional and dietary supplements in the United States featuring this distinctive

20   Trade Dress.

21       20.    Plaintiff's Trade Dress is inherently distinctive and has become

22   associated with Plaintiff.  Products sold under Plaintiff's Trade Dress have achieved

23   commercial success.  A sample of media coverage and reviews of Naked products are

24   attached hereto as Exhibit B, and incorporated herein by reference.

25   **C. Defendant's Trademark**

26       21.    Plaintiff is informed and believes, and on that basis alleges, that

27   Defendant applied to register the mark "Intentionally Naked" on September 20, 2017

28

for "Vitamins; Dietary supplements; Nutritional supplements" in International Class 005 in U.S. Trademark Application Serial No. 87/615,283.  Defendant filed an intent-to-use trademark application, although, Plaintiff is informed and believe the goods have been sold nationwide since on or about April 6, 2018.

22.     On April 10, 2018, Plaintiff filed its opposition against U.S. Trademark Application Serial No. 87/615,283 with the Trademark Trial and Appeal Board. Defendant answered on May 21, 2018.

23.     Plaintiff is informed and believes, and on that basis alleges, that Defendant markets, promotes, and/or sells nutritional and dietary supplements using Intentionally Naked.  Plaintiff is further informed and believes, and on that basis alleges, that Defendant's Intentionally Naked products include protein products and other supplements.

24.     Plaintiff is informed and believes, and on that basis alleges, that Defendant markets, promotes, and/or sells Intentionally Naked marked supplements in intrastate and interstate channels of commerce in the United States that overlap with those where Plaintiff's similar category of products are available for sale.

25.     Plaintiff is informed and believes, and on that basis alleges, that Defendant began to use the Intentionally Naked mark to market, promote, and/or sell its supplements in intrastate and interstate commerce in the United States after the time at which Plaintiff had already long established priority of use in the Naked Marks for nutritional and dietary supplements.

26.     Plaintiff is further informed and believes, and on that basis alleges, that Defendant owns and/or has operated the website www.intentionallynaked.com for the purposed of advertising and promoting the sale and distribution of supplements branded "Intentionally Naked" and that Defendant intends to use this website to promote Defendant's products.

**COMPLAINT FOR DAMAGES**

27.     Plaintiff is informed and believes, and on that basis alleges, that Defendant registered the domain names on September 14, 2017, which is subsequent to the date Plaintiff began use of the Naked Marks.

28.     Defendant's use of the Intentionally Naked mark is and continues to be without permission or authorization of Plaintiff.  The goodwill of Plaintiff's business under the Naked Marks is of enormous value, and Plaintiff will suffer irreparable harm should Defendant's infringement be allowed to continue to the great detriment of Plaintiff's reputation and goodwill.

**Defendant's Trade Dress**

29.     In its trade dress Defendant emphasizes the word "Naked," which is written in block letters similar to Plaintiff's Trade Dress, as shown below:






**COMPLAINT FOR DAMAGES**

30.     Defendant's Trade Dress features similar distinctive elements of Plaintiff's Trade Dress, particularly the clear emphasis on "NAKED" in block letters. The word "Intentionally" is a fraction of the size so as to confuse consumers who may not even notice at first glance.

31.     On information and belief, Defendant began using Defendant's Trade Dress in commerce in connection with the sale of dietary and nutritional supplements and in connection to provide information online relating to nutrition, diet, health and wellness on or about April 6, 2018.

32.     Defendant's Trade Dress is a deliberate copy of Plaintiff's Trade Dress and constitutes a willful infringement.  When coupled with Defendant's use of the Naked Marks, the likelihood of confusion is exacerbated.

## V.     CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

**Trademark Infringement**

**(15 U.S.C. § 1114(a))**

33.     Plaintiff realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 32, inclusive.

34.      Plaintiff has marketed and promoted its products under its Naked Marks.  Plaintiff's rights in its Naked Marks as used on its products are prior to any rights Defendant could claim in the mark or any confusingly similar mark, and Plaintiff's rights are superior to those of Defendant.

35.     As a result of Plaintiff's marketing and promotion, Plaintiff's Naked Marks, as used on its products, have come to signify products of a single source and is the means by which those products and services are distinguished from the products and services of others in the same and in related fields.

36.     Defendant's continued use and claim of ownership of the domain name www.intentionallynaked.com and its use of Intentionally Naked on products without the authorization of Plaintiff infringes Plaintiff's exclusive rights in its trademarks for the Naked Marks.  Defendant's use and/or ownership of the domain name www.intentionallynaked.com and use of Intentionally Naked, when used on Defendant's product, are so similar to the established Naked Marks of Plaintiff as to be likely to cause confusion, mistake, or deception as to the source of Defendant's products or are likely to cause confusion as to the affiliation, connection or association between Plaintiff's and Defendant's respective products.

37.     Defendant has committed the acts alleged above with previous knowledge of Plaintiff's prior use and superior rights to the Naked Marks, and with previous knowledge of the reputation of Plaintiff's Naked Marks in interstate commerce.  Further, Defendant's actions were for the willful and calculated purpose of trading upon Plaintiff's goodwill and for the willful and calculated purpose of misleading and deceiving purchasers and the public.

38.     Defendant's activities have caused and will cause irreparable harm to Plaintiff for which Plaintiff has no adequate remedy at law in that: (i) if Defendant's wrongful conduct continues, consumers are likely to become further confused as to the source of Plaintiff's products; (ii) Plaintiff's Naked Marks are unique and valuable property which has no readily determinable market value; (iii) the infringement by Defendant constitutes an interference with Plaintiff's goodwill and customer relationships; and (iv) Defendant's wrongful conduct, and the damages resulting to Plaintiff, is continuing. Plaintiff has been damaged in an amount that will be ascertained according to proof.

39.     Plaintiff is informed and believes and thereon alleges that as a proximate result of advantage accruing to Defendant's businesses from Plaintiff's nationwide advertising, sales, and consumer recognition, and as a proximate result of confusion,

**COMPLAINT FOR DAMAGES**

deception, and/or mistake caused by Defendant's wrongful advertising and sale of its products, as hereinabove alleged, bearing the name Naked, Defendants have made substantial sales and/or profits.

40.     Upon information and belief, Defendant's appropriation of Plaintiff's marks was willful and knowing, making this an exceptional case within the meaning of 15 U.S.C. §1117(a) and (b), entitling Plaintiff to, among other things, treble damages and attorneys' fees.

41.     At least since Defendant was put on notice of the potential for infringement in November of 2017, yet Defendant continued its plans through April when it willfully and knowingly launched an infringing product within the meaning of 15 U.S.C. § 1117(a).

42.     Plaintiff is entitled to injunctive relief, its attorneys' fees, and costs of suit.

## SECOND CLAIM FOR RELIEF

### Trademark Dilution

### (15 U.S.C. § 1125(c))

43.     Plaintiff realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 42, inclusive.

44.     As a result of the duration and extent of use of the Naked Marks, the duration and extent of the advertising and publicity of the Naked Marks, the geographical extent of the distribution of the same, the superior quality of Plaintiff's products and services, and the degree of recognition of the Naked Marks, Naked has achieved an extensive degree of distinctiveness and is a famous trademark.

45.     As a result of Defendant's use, Defendant is diluting the distinctive quality of the Naked Marks.

46.     Plaintiff will suffer irreparable harm should Defendant's unlawful acts be allowed to continue to the great detriment of Plaintiff's reputation and goodwill.

**COMPLAINT FOR DAMAGES**

47.     Defendant's acts will continue unless enjoined.

**THIRD CLAIM FOR RELIEF**

**Trade Dress Infringement**

**(15 U.S.C. § 1125(a))**

48.     Plaintiff realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 47, inclusive.

49.     Defendant has used in commerce trade dress which is confusingly similar to Plaintiff's Trade Dress for dietary and nutritional supplements. Defendant's use of trade dress that is confusingly similar to Plaintiff's Trade Dress is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendant's goods by Plaintiff in violation of 15 U.S.C. § 1125(a).

50.     Defendant's acts as alleged herein were and are committed with the intent to confuse the public into thinking that there is an affiliation or association with, or a sponsorship or approval of Defendant's products by Plaintiff.   Plaintiff is informed and believes that Defendant's acts of trade dress infringement have deceived consumers and are likely to continue to deceive a substantial segment of the consuming public, which is likely to influence purchasing decisions.

51.     Defendant's Trade Dress, as alleged and shown herein, is confusingly similar to Plaintiff's Trade Dress.  Defendant's acts were done with knowledge and in willful disregard of Plaintiff's exclusive rights in Plaintiff's Trade Dress. Defendant's acts have injured and continue to injure Plaintiff in an amount of damages to be proven at trial, consisting of, among other things, the diminution in value and goodwill associated with its trade dress, lost sales, and Defendant's profits attributable to the infringement, all in an amount to be proven at trial.

52.     Plaintiff has been irreparably damaged and is continuing to be irreparably damaged by Defendant's willful infringement of Plaintiff's Trade Dress for which Plaintiff has no adequate remedy at law.  Plaintiff is entitled under 15 U.S.C. § 1116 to a permanent injunction against Defendant's continuing infringement.

53.     Plaintiff is entitled to an award of Defendant's profits, damages caused by Defendant's actions, and the costs of this action under 15 U.S.C. § 1117.  Because Defendant's wrongful acts alleged herein are willful, this is an extraordinary case entitling Plaintiff to, among other things, treble damages and attorneys' fees under 15 U.S.C. § 1117 (a) and (b).

### FOURTH CLAIM FOR RELIEF

### Trademark and Trade Dress Infringement

### (Nevada Common Law)

54.     Plaintiff realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 53, inclusive.

55.     In addition to the federal registrations owned by Plaintiff as set forth above, Plaintiff owns and uses the Naked Marks and enjoys common law rights in Nevada and throughout the United States on the goods set forth above, and thus these rights are senior and superior to any rights which Defendant may claim in its infringing products.

56.     Customers purchasing products will likely be confused by Defendant's Intentionally Naked marked products and their association or affiliation with Plaintiff's Marks.  In addition to substantially similar marks on the same category of goods, Plaintiff and Defendant sell in nearly identical good on identical market channels.  For example, Plaintiff's Naked branded products may be found on Amazon.com and eBay.com.  Plaintiff is informed and believes, and on that basis alleges, that Defendant's Intentionally Naked marked products are offered for sale on

these same channels of trade.  Customers seeking Plaintiff's Naked marked products are likely to be confused if and when they encounter Defendant's Intentionally Naked marked products.  Potential customers are also likely to perceive that Intentionally Naked branded products are affiliated, sponsored, or in other ways connected with the same source as Naked branded products.

57.     Defendant's infringement will continue unless enjoined.

## FIFTH CLAIM FOR RELIEF

### Injury to Business Reputation

### (Nevada Common Law)

58.     Plaintiff realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 57, inclusive.

59.     As a result of the duration and extent of use of the Naked Marks, the duration and extent of the advertising and publicity of the Naked Marks, the geographical extent of the distribution of the same, the superior quality of Plaintiff's products and services, and the degree of recognition of the Naked Marks, Naked has achieved an extensive degree of distinctiveness.

60.     Defendant's continued and intentional use of Naked, with full knowledge of the damage said use has and will cause to Plaintiff, has damaged and continues to injure Plaintiff's business reputation and goodwill, which it has cultivated at great cost and expense, in contravention of Nevada common law.

61.     Defendant's acts have injured Plaintiff in an amount to be proven at trial, consisting of, among other harms, the diminution in value and goodwill associated with its Naked Marks and trade dress, lost sales, and Defendant's profits attributable to the infringement, all in an amount to be proven at trial.

62.     Plaintiff will suffer irreparable harm should Defendant's unlawful acts be allowed to continue to the great detriment of Plaintiff's reputation and goodwill. Defendant's acts will continue unless enjoined.

**COMPLAINT FOR DAMAGES**

## SIXTH CLAIM FOR RELIEF

### Unfair Competition

### (Nevada Unfair Business Practices Act)

63.     Plaintiff realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 62, inclusive.

64.     The acts and conduct of Defendant as alleged above in this Complaint constitute unlawful, unfair, and/or fraudulent business acts or practices as defined by Nevada Revised Statute 598.0915, *et seq.*

65.     Defendant's violation of federal law and common law, as alleged above in this Complaint, constitute unlawful and/or unfair business acts or practices.  The Naked Marks are associated with Plaintiff due to Plaintiff's long-standing use, extensive sales, and marketing.  Plaintiff has developed a valuable asset in the Naked Marks and its products sold thereunder.  It is only fair and legitimate that Plaintiff be able to continue its business without unfair, improper, unauthorized interference by Defendant as alleged herein.

66.     Defendant has attempted to encroach, and have encroached, upon the business of Plaintiff by use of a confusingly similar trademark and confusingly similar trade dress with the intention of misleading the public and benefiting from the goodwill established by Plaintiff over many years of commercial use of the Naked Marks and Plaintiff's Trade Dress.

67.     Defendant's acts of unfair competition were intentional and knowing and done with a willful disregard for Plaintiff's longstanding rights to the use of its trademarks.  Defendant's acts of unfair competition have proximately caused and will continue to cause Plaintiff to suffer injury in fact and loss of money and/or property in an amount to be proven at trial.

68.     Defendant's acts of unfair competition also have caused and are causing irreparable injury to Plaintiff and to Plaintiff's Naked Marks and to the business and

**COMPLAINT FOR DAMAGES**

goodwill represented thereby, and unless enjoined, will cause further irreparable injury, whereby Plaintiff has no adequate remedy at law.

69.     The aforesaid acts by Defendant were with knowledge and in willful disregard of Plaintiff's prior rights in its Naked Marks and Plaintiff's Trade Dress.

70.     Defendant's conduct as alleged above has damaged and will continue to damage Plaintiff's goodwill and reputation and has resulted in a loss of revenue to Plaintiff in an amount that is unknown at the present time but will be ascertained in this action.

71.     Plaintiff is entitled under Nevada Revised Statute 598.0915, *et seq*. to restitution by Defendant of anything taken from Plaintiff by way of Defendant's unfair business practices.

72.      Defendant's acts complained of herein constitute malice, oppression and/or fraud thus entitling Plaintiff to recover punitive damages.

## SEVENTH CLAIM FOR RELIEF

### Anti-Cybersquatting Consumer Protection Act

### (15 U.S.C. § 1125(d))

73.     Plaintiff realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 72, inclusive.

74.     Plaintiff is informed and believes, and on that basis alleges, that Defendant has a bad faith intent to profit from the registration and use of the domain name www.intentionallynaked.com.

75.     The domain name www.intentionallynaked.com is confusingly similar to Plaintiff's Naked Marks.  Consumers attempting to reach Plaintiff's website are likely to be confused by Defendant's domain name as to the source, sponsorship, affiliation, or endorsement of the site.

76.     Defendant's registration and use of the domain name is causing irreparable and incalculable injury to Plaintiff and to Plaintiff's Naked Marks and

1  Naked tradename and the business and goodwill represented thereby, and unless

2  Defendant's registration of the domain names is cancelled, will cause further

3  irreparable and incalculable injury, whereby Plaintiff has no adequate remedy at law.

4  <center>**PRAYER FOR RELIEF**</center>

5        WHEREFORE, Plaintiff respectfully requests judgment as follows:

6       1.     An order permanently enjoining Defendant, its officers, agents,

7  employees, attorneys, and all persons in concert or participating with any of them

8  from:

9          a.     Committing any further acts of trademark and trade dress

10       infringement;

11          b.     Using any term that is likely to be confused with the Naked Marks

12       or Naked tradename asserted herein;

13          c.     Representing directly or indirectly in any form of manner

14       whatsoever that any product is associated with or approved by Plaintiff when,

15       in fact, it is not;

16          d.     Passing off or inducing or enabling others to sell or pass off any

17       product as one of Plaintiff's products or as a product endorsed or approve by

18       Plaintiff; and

19          e.     Committing any other act calculated to compete unfairly in any

20       manner.

21       2.     An order seizing and impounding all infringing products and all

22  manufacturing supplies in Defendant's possession or control.

23       3.     An order requiring Defendant to expressly abandon U.S. Trademark

24  Application Serial No. 87/615,283 for the mark Intentionally Naked from the United

25  States Patent and Trademark Office, and to refrain from seeking any other trademark

26  registration inconsistent with the foregoing injunctive relief;

27

28

<center>- 17 -</center>
<center>**COMPLAINT FOR DAMAGES**</center>

4.     An order awarding to Plaintiff damages in the amount that Plaintiff has been harmed by Defendant's infringements and unfair business practices, in and amount to be proven at trial;

5.     An order requiring Defendant to discontinue use of the domain name www.intentionallynaked.com and an order requiring Defendant to transfer ownership of the domain to Plaintiff;

6.     An order for an accounting and disgorgement of Defendant's profits from its infringing and unfair business activity;

7.     A finding that Defendant has willfully and deliberately committed acts of trademark infringement against Plaintiff;

8.     An order trebling such damages against Defendant;

9.     An order for attorneys' fees and costs that Plaintiff incurred in having to bring and sustain this action for the legal enforcement of its trademark and business rights against Defendant;

10.    Such further equitable and legal relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands and jury trial on their claims on all issues triable by a jury.

DATED: August 27, 2018                          KAEDIAN, LLP


                                                _/s/ Nannina Angioni_____
                                                Nannina Angioni
                                                Attorney for Plaintiff,
                                                NAKED WHEY, INC.

**COMPLAINT FOR DAMAGES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**COMPLAINT FOR DAMAGES**

# United States of America

## United States Patent and Trademark Office

# NAKED PEA

**Reg. No. 5,020,266**

**Registered Aug. 16, 2016**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION), DBA Naked Nutrition .
PO Box 348634
Coral Gables, FL 33234

CLASS 5: Dietary and nutritional supplements containing pea; Protein dietary supplements containing pea; Protein supplements containing pea

FIRST USE 9-29-2014; IN COMMERCE 9-29-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "PEA"

SER. NO. 86-661,904, FILED 06-14-2015

JOHN S YARD, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Naked Whey

**Reg. No. 5,304,094**

**Registered Oct. 10, 2017**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc (FLORIDA CORPORATION), DBA Naked Nutrition
Po Box 348634
Coral Gables, FLORIDA 33234

CLASS 5: Protein dietary supplements containing whey; Protein supplements containing whey; Whey protein supplements

FIRST USE 9-29-2014; IN COMMERCE 9-29-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WHEY"

SER. NO. 86-410,554, FILED 09-30-2014



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# Naked Nutrition

**Reg. No. 5,304,095**

**Registered Oct. 10, 2017**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc (FLORIDA CORPORATION), DBA Naked Nutrition
Po Box 348634
Coral Gables, FLORIDA 33234

CLASS 5: Dietary and nutritional supplements

FIRST USE 9-30-2014; IN COMMERCE 9-30-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"NUTRITION"

SER. NO. 86-410,588, FILED 09-30-2014



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Naked Casein

**Reg. No. 5,304,096**

**Registered Oct. 10, 2017**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc (FLORIDA CORPORATION), DBA Naked Nutrition
Po Box 348634
Coral Gables, FLORIDA 33234

CLASS 5: Casein dietary supplements; Protein dietary supplements containing casein; Protein supplements containing casein

FIRST USE 9-30-2014; IN COMMERCE 9-30-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CASEIN"

SER. NO. 86-410,673, FILED 09-30-2014



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# NAKED EGG

**Reg. No. 5,204,303**

**Registered May 16, 2017**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION), DBA Naked Nutrition ,
PO Box 348634
Coral Gables, FL 33234

CLASS 5: Dietary and nutritional supplements containing egg; Protein dietary supplements containing egg; Protein supplements containing egg

FIRST USE 4-29-2016; IN COMMERCE 4-29-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "EGG"

SER. NO. 87-190,238, FILED 09-30-2016
LOURDES AYALA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NAKED GOAT

**Reg. No. 5,204,308**

**Registered May 16, 2017**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION), DBA Naked Nutrition .
PO Box 348634
Coral Gables, FL 33234

CLASS 5: Dietary and nutritional supplements containing goat's milk; Protein dietary
supplements containing goat's milk; Protein supplements containing goat's milk

FIRST USE 9-29-2014; IN COMMERCE 9-29-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-190,331, FILED 09-30-2016
LOURDES AYALA, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# NAKED RICE

**Reg. No. 5,204,309**

**Registered May 16, 2017**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION), DBA Naked Nutrition ,
PO Box 348634
Coral Gables, FL 33234

CLASS 5: Dietary and nutritional supplements containing rice; Protein dietary supplements
containing rice; Protein supplements containing rice

FIRST USE 9-29-2014; IN COMMERCE 9-29-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"RICE"

SER. NO. 87-190,337, FILED 09-30-2016
LOURDES AYALA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NAKED PB

**Reg. No. 5,369,917**

**Registered Jan. 02, 2018**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION)
Po Box 348634
Coral Gables, FLORIDA 33234

CLASS 5: Powdered nutritional supplement drink mix containing namely, plant-based protein powder; nutritional supplements, namely, high protein powder formulas to be mixed with water; dietary and nutritional supplements, namely, peanut butter powder

FIRST USE 9-20-2014; IN COMMERCE 9-20-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-479,694, FILED 06-07-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# LESS NAKED

**Reg. No. 5,370,138**

**Registered Jan. 02, 2018**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION), DBA Naked Nutrition
P.o. Box 348634
Coral Gables, FLORIDA 33234

CLASS 5: Dietary and nutritional supplements

FIRST USE 4-21-2016; IN COMMERCE 4-21-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-512,934, FILED 06-30-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Naked Glutamine

**Reg. No. 5,378,686**

**Registered Jan. 16, 2018**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION)
Po Box 348634
Coral Gables, FLORIDA 33234

CLASS 5: Nutritional supplements consisting primarily of glutamine

FIRST USE 1-15-2017; IN COMMERCE 1-15-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"GLUTAMINE"

SER. NO. 87-479,701, FILED 06-07-2017



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Naked Creatine

**Reg. No. 5,384,586**

**Registered Jan. 23, 2018**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION)
Po Box 348634
Coral Gables, FLORIDA 33234

CLASS 5: Dietary and nutritional supplements containing creatine; Dietary supplements containing creatine; Nutritional supplements containing creatine; Nutritional drinks containing creatine

FIRST USE 6-15-2015; IN COMMERCE 6-15-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CREATINE"

SER. NO. 87-479,705, FILED 06-07-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NAKED MASS

**Reg. No. 5,500,843**

**Registered Jun. 26, 2018**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION), DBA Naked Nutrition
P.o. Box 348634
Coral Gables, FLORIDA 33234

CLASS 5: Dietary and nutritional supplements

FIRST USE 4-8-2015; IN COMMERCE 4-8-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"MASS"

SER. NO. 87-512,911, FILED 06-30-2017



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# NAKED ENERGY

**Reg. No. 5,533,423**

**Registered Aug. 07, 2018**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Naked Whey Inc. (FLORIDA CORPORATION)
9 Island Ave, Apt 2102
Miami Beach, FLORIDA 33139

CLASS 5: Dietary and nutritional supplements

FIRST USE 7-20-2017; IN COMMERCE 7-20-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENERGY"

SER. NO. 87-603,015, FILED 09-11-2017



Director of the United States
Patent and Trademark Office

# EXHIBIT B

**COMPLAINT FOR DAMAGES**





Health & Household › Sports Nutrition › Protein › Powders › Whey

## NAKED WHEY 5LB 100% Grass Fed Whey Protein Powder - US Farms, #1 Undenatured, Bulk, Unflavored - GMO, Soy, and Gluten Free - No Preservatives -...

by NAKED nutrition

★★★★½ ▾ | 1,388 customer reviews | 238 answered questions   **Amazon's Choice** for "naked whey"





### About the product   ✕

- ONLY ONE INGREDIENT: 100% Grass-Fed Pure Whey Protein with zero additives. Naked Whey has no artificial sweeteners, flavors, or colors and is GMO-Free, Growth Hormone Free, Soy Free and Gluten-Free.
- ALL NATURAL WHEY PROTEIN: Our Grass Fed Whey is sourced from small dairy farms in California to bring you a non-denatured whey packed full of essential amino acids, clean protein and glutathione.
- "MAXIMUM NUTRITION: 25g of Protein, 2g of Sugar, 3g of Carbs, 120 Calories, and 5.9g of BCAAs (branched-chain amino acids) per serving. "
- COLD PROCESSED: Unlike most whey protein powders, Naked Whey is cold processed to ensure zero contamination from chemical detergents (no acid or bleach), synthetic additives, or heavy metals, and this maintains important naturally occurring growth factors.
- THE PERFECT WORKOUT PARTNER: Add a banana, blueberries and more to create your best pre and post workout whey shakes, smoothies and recipes to take your muscle gains and recovery to new heights.



# The 7 Best Protein Powders for Men to Buy in 2018

These versatile protein powders are packed with nutrients for muscle growth

By Alexa Erickson
Updated August 20, 2018



**More in Sports Nutrition**

Improving Performance

Reducing Body Fat

*We are committed to researching, testing, and recommending the best products. We may receive commissions from purchases made after visiting links within our content. Learn more about our review process.*

Whether you're trying to reach a new personal record in your workout, looking to gain muscle, or wanting to drop a few pounds, protein powder can help you reach your fitness and wellness goals. The benefits of protein include aiding in muscle recovery and also keeping you full post-workout. There are an endless array of protein powders on the market, but when choosing your ideal blend, it is best to keep budget, dietary restrictions, and your goals in mind.

If you want something affordable, whey protein is the most popular option and it comes in a ton of different flavors like chocolate, vanilla, strawberry, and even birthday cake. Looking for a vegan option? You can try a concoction that gets its protein from vegetables, nuts, or legumes and therefore has zero dairy content. And if weight loss is your main objective, try a powder with casein—a type of protein that comes mainly from cow's milk—to keep you satisfied until your next meal and prevent you from snacking. Whey is also a great ingredient for weight loss because it can boost your metabolism and burn more calories in the long term.

Here, we've rounded up the best protein powders for men so you can find the perfect one for your specific goals.



**verywell** fit | The 7 Best Protein Powders for Men to Buy in 2018

## Best Vegan: Naked Nutrition Pea Protein Isolate



Buy on Amazon | $55 | ✓prime

For vegans and anyone who prefers a minimalist approach to ingredients, Naked Nutrition is for you. The brand's pea protein isolate features just one ingredient: 100% yellow-pea protein. There are zero additives, so you won't have to worry about sneaky artificial sweeteners, flavors, or colors. It's also GMO-free, soy-free, and gluten-free.

The dairy-free protein powder is made from raw yellow peas that are grown on farms based in the United States and Canada. Per serving, you'll get 27 grams of protein and 5.7 grams of branched-chain amino acids (BCAAs) for muscle growth. At the same time, this vegan protein powder contains only 120 calories, 2 grams of carbs and 2 grams of sugar per serving.

Need some more help finding what you're looking for? Read through our best vegan protein powders article.



# THE 5 HEALTHIEST PROTEIN POWDERS

**GOOD FOOD**
*by* LISA ELAINE HELD, JULY 6, 2018

Share   Tweet   Pin It



*Photo: Pixabay/Milivanily*



up. Here they are, listed in no particular order (with handy per-ounce price comparisons so your wallet retains muscle, too).

**Keep reading to find out which five protein powders are the very best.**



*Photo: Naked Whey*

## Naked Protein

It really doesn't get any simpler than Naked's line of one-ingredient powders from a variety of sources. Naked Whey is just whey protein concentrate; Naked Goat is *goat* whey protein concentrate; Naked Pea is yellow pea protein. And the company's ingredient sourcing is top-notch—as in the whey comes from grass-fed cows' milk, the peas are non-GMO, and everything is processed in the cleanest way possible. "Any are fine—pick one based on allergies or preference," Richter says. You'll notice the difference in terms of taste, too. No weird sweetness or cardboard-reminiscent aftertaste, here.

*Price Check: $1.12 per ounce*



## Everything You Ever Wanted to Know About Protein Powder

Michelle Swift · Mar 16, 2015

New to the protein powder game? We get you — standing in the nutrition aisle at your local health food store, Googling "which protein powder is the best?" can be a bit daunting. That's why we're going to make choosing your perfect protein powder a whole lot easier. We're sharing everything you need to know for selecting the right protein for your body. With this guide in hand, you'll be finding excuses to slip the stuff in all of your recipes.

## Whey Protein





## Casein Powder



**Buy This**: Casein Protein ($95) is the main protein in milk and is absorbed more slowly than whey. It's not a powerhouse muscle builder, but what it does have going for it is the fact that it leaves you feeling fuller longer. Naked Casein comes from US farms and is au natural — no additives or artificial flavors.



**Prevention**    HEALTH    BEAUTY    WEIGHT LOSS    HEALTH CONDITIONS    SUBSCRIBE    FOLLOW

# The Best Protein Powders For Your Smoothie

Whether you're looking for whey, casein, egg white protein, soy protein, pea protein or something else, these are the best options.

By Stephanie Eckelkamp   Jun 27, 2018



GETTY IMAGES

Your smoothie recipe calls for a scoop of protein powder. So you go to the store only to discover dozens of different varieties: whey, soy, casein, pea, rice, hemp...the list goes on and on. Complicating matters, there are two-powder blends, those made with sugar and without, ones sourced from grass-fed dairy or non-GMO soy. Ugh! It can feel like a near-impossible feat just to choose one that makes sense for you.

**RELATED STORIES**


**Protein Ball Recipes That Will Wow Your Taste Buds**


**8 Creative Ways To Use Protein Powder**

But choosing a protein powder doesn't have to be akin to buying a new car. We're here to tell you that while all powders claim to be awesome, they're not all equal. Finding the right one for you depends on your health goals and dietary restrictions, and should also be based on a protein's bioavailability, or how easily your body absorbs it. "One of the more recent, accepted ways to assess the protein quality and bioavailability is the

**MORE FROM**

## Healthy Eating Tips



**15 Everyday Foods That Boost Your Immune System**



18 Best Protein Powders For   ×

Secure | https://www.prevention.com/food-nutrition/healthy-eating/a20440938/best-protein-powders-for-smoothies/

**Prevention**   HEALTH   BEAUTY   WEIGHT LOSS   HEALTH CONDITIONS   SUBSCRIBE   FOLLOW

by both quality and bioavailability, as well as their other perks (and pitfalls), so you can pick one that fits your needs.

## 1. Whey protein

Whey, derived from cow's milk, leads the herd as the best protein source. It's called a "complete" protein, meaning it contains all nine essential amino acids—the ones your body can't make on its own. Whey enters your bloodstream faster than any other protein and boasts the highest level of the amino acid leucine, which provides muscles with the necessary fuel to power through a workout and build muscle. In fact, whey is the most effective powder at building muscle; so if that's a goal, aim to consume it within an hour after exercise.

**PDCAA Score:** 1.0

**Choose this if:** You simply want the best powder to increase your protein intake or are looking to build or maintain muscle.

**What to look for:** You have a couple of choices: If maximum protein is what you're after, choose a whey protein isolate or whey hydrolysate—these are higher protein (90 percent) and contain a bit less fat, carbs, and lactose. If a super clean product with slightly less protein is more your taste, opt for a concentrate (80 percent)—these are readily available in organic, grass-fed varieties which contain no trace hormones, pesticides, or grain feed byproducts.

### Prevention Picks: Best Whey Protein Powders



| Grass-fed Organic Whey Protein, Unflavored, 2 lbs | Grass Fed New Zealand Whey Protein Isolate, Unflavored, 2 lbs | Grass Fed Whey Protein Powder, Unflavored, 5 lbs | Grass Fed Whey Protein, Unflavored, 5 lbs |
|---|---|---|---|
| Source Organic | Antler Farms | Naked Nutrition | Levels Nutrition |
| amazon.com | amazon.com | amazon.com | amazon.com |
| $64.99 | $54.99 | $89.99 | $59.95 |
| BUY NOW | BUY NOW | BUY NOW | BUY NOW |

**20 Ways To Slim Down Your Sandwich**



## 2. Casein protein

Casein, the main protein in milk, is absorbed more slowly than whey, so it's not quite as efficient at building muscle. But it can leave you feeling fuller longer, which makes it a great addition to meal-replacement smoothies or your morning oatmeal. Casein has also been found to enhance muscle building when blended with whey in a post-workout shake, such as these 10 delicious smoothie recipes.

**PDCAA Score:** 1.0

**Choose this if:** You generally use protein powder as a meal replacement or before bed, or if you want to combine it with whey for optimal muscle-building effects.

**What to look for:** Opt for micellar casein, the slowest-digesting casein. Like with whey, choose casein made with organic, grass-fed dairy if possible; or free of growth hormones.

### Prevention Picks: Best Casein Protein Powders



| **Micellar Casein Protein, Unflavored, 5 lbs** | **Micellar Casein Protein Powder, Unflavored, 5 lbs** |
|---|---|
| Naked nutrition amazon.com $94.99 | ProMix Nutrition amazon.com $89.99 |
| BUY NOW | BUY NOW |

18 Best Protein Powders For Y...

🔒 Secure | https://www.prevention.com/food-nutrition/healthy-eating/a20440938/best-protein-powders-for-smoothies/

**Prevention**  HEALTH   BEAUTY   WEIGHT LOSS   HEALTH CONDITIONS

## 3. Egg white protein

Egg white protein is just what it sounds like: Dried whites that have been turned into a powder. This protein digests slower than whey but faster than casein. Although not quite as good as whey or casein in terms of muscle protein synthesis, it's still a good option in a post-workout or meal-replacement smoothie.

**PDCAA Score:** 1.0

**Choose this if:** You're allergic to or don't eat dairy (e.g., Paleo dieters), but still want a high-quality complete protein.

**What type:** Your only option is "egg white powder," sometimes called "egg white albumen."

### Prevention Picks: Best Egg White Protein Powders



**Egg White Powder, Unflavored, 1.2 lb**
Now Foods
iherb.com
$21.67

BUY NOW

**Egg White Protein Powder, Unflavored, 3 lbs**
Naked Nutrition
amazon.com
$59.99

BUY NOW

**Paleo Thin Protein Powder, Unflavored, 2 lbs**
Julian Bakery
amazon.com
$29.99

BUY NOW

P  18 Best Protein Powders For Y... ×

🔒 Secure | https://www.prevention.com/food-nutrition/healthy-eating/a20440938/best-protein-powders-for-smoothies/

☰  **Prevention**  HEALTH   BEAUTY   WEIGHT LOSS   HEALTH CONDITIONS

## 5. Pea protein

Pea protein, derived from the yellow pea, is the most highly digestible of the plant proteins, making it a good alternative for anyone with a sensitive stomach who doesn't want to do dairy or soy. But it's not a complete protein—it's low in two amino acids—so pair it with another plant-based protein such as hemp or rice protein to round out its amino acid profile and make it "complete."

**PDCAAS:** 0.69

**Choose this if:** You avoid animal-derived products, but don't want to eat soy, or if you have digestive issues.

**What type:** If you want higher protein content, choose a "pea protein isolate." The slightly lower-protein "pea protein powder" is also a good choice, and readily available in organic varieties.



### Prevention Picks: Best Pea Protein Powders

**Vegan Pea Protein Isolate, Unflavored, 5 lbs**
Naked Nutrition
amazon.com
$54.99
BUY NOW

**Pea Protein Powder, Unflavored, 16 oz**
Bob's Red Mill
amazon.com
$17.83
BUY NOW

**Sports Organic Pea Protein, Unflavored, 1.5 lbs**
Now Sports
amazon.com
$20.79
BUY NOW

**Pea Protein, Vanilla, 5 lb**
Naked Nutrition
amazon.com
$54.99
BUY NOW



**Woman'sDay**   Food   Health   Home   Relationships   Travel                    SUBSCRIBE

# The Best Protein Powder for Women After a Workout

**Your muscles need a jolt of recovery juice.**

BY **AMY CAPETTA**    Aug 10, 2018



GETTY IMAGES / GPOINTSTUDIO



Earn with Uber

Uber

**More From Health Fitness**



**10 Natural Ways to Lower Your Pressure**
Presented by CocoaVia



**The Best Probiotic Foods For Gut**



When it comes to choosing a protein powder, the options seem endless: According to data from Statista, the U.S. market for sports protein powder totaled $4.7 billion in 2015, with an expectation to hit $7.5 billion by the year 2020. That means there are a lot of different protein powders on store shelves, making it all the more difficult to know what's best for women.

The massive growth in this product category makes sense though: Not only is it a convenient source of protein when you're on the go, but there are solid health benefits you can gain from downing a shake. "It helps the body build and repair tissue and cells, including muscle cells," says Erin Palinski-Wade, R.D., author of *Belly Fat Diet For Dummies*. "When [it's] consumed directly after working out, it can also enhance muscle gains in strength and endurance."

Plus, protein powder — which is derived from a high-protein source like the whey in milk or the protein in peas — could help with weight loss and maintenance, says Amy Gorin, M.S., a registered dietitian in New York City. The supplement helps keep you full longer, and it's



WD | 6 Best Protein Powders for We... ×

🔒 Secure | https://www.womansday.com/health-fitness/g22640015/best-protein-powders-women/

☰  **Woman'sDay**   Food   Health   Home   Relationships   Travel   SUBSCRI

the protein in peas — could help with weight loss and maintenance, says Amy Gorin, M.S., a registered dietitian in New York City. The supplement helps keep you full longer, and it's super versatile — many toss it into smoothies, oatmeal, iced coffee, and baked goods to give their meals a boost.

But you don't want to go overboard on the amount of protein you take in. "For the most part, the body will optimally process up to about 30 grams of protein every few hours," Gorin says. Nothing drastic happens if you go over that, but it won't be processed efficiently, which could slow your digestive system.

Still not sure which protein powder is the best choice? Six nutritionists share which ones they have stocked in their pantry.



What Every Woman Ne
About Her Thyroid

### NAKED NUTRITION GRASS-FED WHEY PROTEIN POWDER

$85

**SHOP NOW**

Some companies tout their protein powder as healthy, but when you look at the ingredient list, you see additives and artificial flavorings. That's not the case here, which is why Pallinski-Wade is a fan. "It contains just one ingredient — whey protein," she says. The fact that it's grass-fed is another positive. Many nutritionists recommend foods from grass-fed animals since these options contain more of the essential nutrients our bodies need. In the case of whey, the protein powder will have more heart-healthy omega-3 fatty acids.

Protein per serving: 25g



protein powder will have more heart-healthy omega-3 fatty acids.

Protein per serving: 25g



AMAZON PRIME

### NAKED EGG WHITE PROTEIN POWDER

$57

SHOP NOW

Gorin opts for egg white powder over other varieties because she says it's the next best thing to getting your protein from whole foods (something she recommends doing as much as possible). Plus, this version only has two ingredients — pure dried egg whites and sunflower lecithin — and there are no sugar alcohols or substitutes, which she says makes the powder very close to its natural form. And for those who want to add their protein powder to meals, this one's neutral taste won't alter any flavors.

Protein per serving: 25g



**SELF**

🍴 Food   |   July 24, 2016   |   By Jeannine Morris

# 10 Amazing Sources of Vegan Protein

Tofu isn't the only answer.













## 8. Almond butter

*7 grams of protein per 2-Tablespoon serving*

This paste made from almonds is much grittier than peanut butter and contains more fiber, calcium, potassium, and iron, and *less* saturated fat. Try adding a scoop of almond butter on top of your oatmeal, in a smoothie, or slathering it on top of a banana or piece of toast.

## 9. Pea protein

*14 grams of protein per 2-Tablespoon serving*

Pea protein is a newly popular protein option derived from yellow peas. It's easy to digest, and a good source of arginine (an amino acid your body needs to build muscle), and branch chain amino acids (protein compounds that can delay fatigue during exercise). Add some in powder form to your post-workout smoothie. You can also add it to gluten-free baked goods to improve the texture while getting a nice protein kick. Godfrey recommends Naked Nutrition Pea Protein Powder.

## 10. Hemp seeds

*5 grams of protein for a 2-Tablespoon serving*

Technically a nut, hemp seeds (often called hemp hearts) are something of a hybrid between a sunflower seed and pine nut. They're also rich in fiber, omega-3 fatty acids, and magnesium. Since they're versatile, they can be used in both savory and sweet dishes.



https://www.mensjournal.com/food-drink/8-best-muscle-building-foods-vegans-and-vegetarians/

≡ **MEN'S JOURNAL**          The 8 Best Muscle-building Foods for Vegans and Vegetarians

FOOD & DRINK

# The 8 Best Muscle-building Foods for Vegans and Vegetarians



**8**

by Julie D. Andrews and Men's Fitness Editors



You can still maintain strong bones as a vegan or vegetarian and gain muscle. What's key, says Leslie Bonci, R.D., L.D.N., director of sports nutrition at the University of Pittsburgh Medical Center, is packing in calcium-rich dairy subs while following this simple formula for successful muscle protein synthesis: Weight training plus adequate protein—that is, getting enough protein and spreading intake throughout the day.

Then, aim to get .5-.7g of protein per pound of bodyweight daily, suggests Bonci, divided evenly among meals. For a 150-lb man, that's 75-105g daily. Ideally, slip 25-35g of protein and at least 2g of leucine (an essential amino acid and protein

Ad closed by Google

Advertisement

**Featured on Mens Journal** ▥



How to Properly Put Out





7 / 8

### 7. Pea and Hemp Protein Powder

"We're seeing a lot more of these proteins popping up in protein powders," Brown says. "Pea protein is one of the best protein sources out there, nutritionally- and amino acid-wise, because its similar to animal protein." Looking for pea protein, try Naked Pea  and Nutiva Hemp Protein.



EVERYDAY🍏HEALTH

Menu ≡   Subscribe ✉   Log in ⊙   Search 🔍

# 6 Best Protein Powders to Boost Your Post-Workout Shakes

From whey protein powder to a 100 percent organic plant-based option — these are our top picks for the best protein powders to boost your morning.

By Katherine Louie

Medically Reviewed by Kelly Kennedy, RD



While most American adults with well-balanced diets consume a sufficient amount of protein, those who are looking to increase their muscle mass and strength may need protein supplements. *Christopher Stokey/Thinkstock*

*All products and services featured here are chosen for their potential to inspire and*

## Don't Miss This



▶ Indulge Without the Bulge

Chef Tip: How to Chop Basi

Make it with Squarespace ▷

SUNDAY TICKET MAX



## Naked Pea



If you're looking to avoid animal-based proteins and you don't like the taste of soy, pea protein might be the best option for you. Naked Pea has only one ingredient, 100 percent yellow pea protein, so you won't have to worry about artificial sweeteners, flavors, or other ingredients that you can't pronounce.The one drawback? It's not a complete protein, so you might want to supplement this with another plant-based protein, such as rice or hemp.

Available from Amazon starting at $53 (5 pounds)