# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Naked Whey, Inc.,

   Plaintiff(s),

 vs.

D&L Investment Ltd. d/b/a Deley Naturals,

   Defendant(s).

Case #2:18-cv-01616

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Heather A. Antoine_____, Petitioner, respectfully represents to the Court:
  (name of petitioner)

 1. That Petitioner is an attorney at law and a member of the law firm of

_____Antoine Law Group, APC_____
             (firm name)

with offices at _____9595 Wilshire Blvd., Ste. 900_____,
             (street address)

___Beverly Hills___, ___California___, ___90212___,
 (city)     (state)    (zip code)

___(310) 849-3134___, ___hantoine@antoinelaw.com___.
(area code + telephone number)  (Email address)

 2. That Petitioner has been retained personally or as a member of the law firm by

___Naked Whey, Inc.___ to provide legal representation in connection with
 [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/05/2006 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the State of California | 12/05/2006 | 246917 |
| USDC Central District of California | 12/05/2006 | 246917 |
| USDC Southern District of California | 10/26/2015 | 246917 |
| USDC Northern District of California | 6/2/2017 | 246917 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF   California   )
                       )
COUNTY OF   Los Angeles   )

____Heather A. Antoine____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _see attached_, _____.

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Nannina L. Angioni___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3960 Howard Hughes Parkway, Suite 500___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)           (state)         (zip code)

___(702) 706-7571___, ___nangioni@kaedianllp.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

# CALIFORNIA JURAT CERTIFICATE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of September 20 18, by Heather Antoine

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

*(Signature)*

Signature of Notary Public

TATRECIA RENEE POLLARD
Notary Public – California
Los Angeles County
Commission # 2187154
My Comm. Expires Mar 18, 2021

(Notary Seal)

## OPTIONAL INFORMATION

*The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.*

**DESCRIPTION OF ATTACHED DOCUMENT**

_____ (Title of document)
Number of Pages _____
Document Date _____

_____ (Additional Information)

**CAPACITY CLAIMED BY SIGNER**

____ Individual
____ Corporate Officer
____ Partner
____ Attorney-In-Fact
____ Trustee
____ Other: _____

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Nannina L. Angioni_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Stephen Zieminski*
(party's signature)

Stephen Zieminski, Naked Whey, Inc., Owner
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

| 11041 | nangioni@kaedianllp.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this 18th day of September, 20 18 .

*[signature]*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>HEATHER ANN ANTOINE</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that HEATHER ANN ANTOINE, #246917, was on the 5th day of December 2006, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 5th day of September 2018.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
F. Coello, Deputy Clerk

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

---

I, KIRY K. GRAY, Clerk of this Court, certify that

__Heather Ann Antoine__, Bar No. __246917__

was duly admitted to practice in this Court on __December 18, 2006__
<br>*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __September 4, 2018__
<br>*Date*

KIRY K. GRAY
<br>Clerk of Court

By _____
<br>Lori Muraoka, Deputy Clerk

G-52 (10/15)     CERTIFICATE OF GOOD STANDING - BAR MEMBER

# Certificate of Good Standing

United States District Court

Northern District of California )
                               )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

**Heather A. Antoine**
Bar No. 246917

was duly admitted to practice in said Court on 2nd June 2017, and is in good standing as a member of the bar of said court.

Dated in San Francisco on 6th September 2018

*Susan Y. Soong*
Clerk





# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

I, John Morrill, Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY that Heather Ann Antoine was duly admitted to practice in said Court

on 10/26/2015, and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on _____9/5/18_____

**JOHN MORRILL, Clerk of Court**

By: s/ D. Nanula

D. Nanula, Deputy

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

August 31, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HEATHER ANN ANTOINE, #246917 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records