**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAKED WHEY, INC., a Florida corporation, | CASE NO.: 2:18-cv-01616-MMD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT D&L INVESTMENT LTD. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| D&L INVESTMENT LTD., a Nevada corporation, | |
| | **(First Request)** |
| Defendants. _____/ | |

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

The parties respectfully submit the following Stipulation to allow Defendant D&L INVESTMENT LTD. ("Defendant") time to file a responsive pleading to Plaintiff NAKED WHEY, INC. (hereinafter "Plaintiff"). The Complaint was filed on August 27, 2018. This is the first request for an extension of time.

**Reason for this Request**

Plaintiff served its Complaint on Defendant on September 4, 2018. The parties wish to have the opportunity to engage in discussions concerning the claims asserted, and any possible amicable resolutions of this matter. However, counsel for Defendant was only recently retained, and principal counsel for Plaintiff, Heather Antoine, Esq., is currently out of the country until next week. The parties have therefore stipulated to a two-week extension of time to respond to the complaint to **October 9, 2018**.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to Plaintiff's Complaint by Tuesday, **October 9, 2018**.

DATED: September 25, 2018

KAEDIAN LLP

By: /s/Nannina L. Angioni
NANNINA L. ANGIONI, ESQ.
Nevada Bar No. 11041
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Email: nangioni@kaedianllp.com
Attorneys for Plaintiff Naked Whey, Inc.

DATED: September 25, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Dylan P. Todd
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for D&L Investment Ltd.

**IT IS SO ORDERED:**

**By:** _____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** October 2, 2018