# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NAKED WHEY, INC., <br> Plaintiff(s), <br> v. <br> D&L INVESTMENTS LTD, <br> Defendant(s). | Case No.: 2:18-cv-01616-MMD-NJK <br> **Order** <br> [Docket No. 25] |

Pending before the Court is a motion to withdraw as counsel for Defendant filed by attorney Jonathan Carlson. Docket No. 25. For good cause shown, the motion is **GRANTED**.

IT IS SO ORDERED.

Dated: April 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge