**STUBBS ALDERTON & MARKILES, LLP**
Heather Antoine (SBN 246917)
*hantoine@stubbsalderton.com*
15260 Ventura Blvd., 20th Floor
Sherman Oaks, California 91403
Telephone: (818) 444-4500
Facsimile:  (818) 444-4520

**KAEDIAN LLP**
Nannina L. Angioni (Bar No. 11041)
*nangioni@kaedianllp.com*
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 706-7571


Attorneys for Plaintiff NAKED WHEY INC.,
a Florida corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAKED WHEY INC., a Florida corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>D&L INVESTMENTS, LTD., d.b.a. DELEY NATURALS, a Nevada Corporation and Does 1 – 25<br><br>        Defendants. | Case No.  2:18-cv-01616-MMD-NJK<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)<br><br><br>Complaint Filed:  August 21, 2017 |

STIPULATION OF VOLUNTARY DISMISSAL

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure ("F.R.C.P."), the Plaintiff Naked Whey, Inc., a Florida Corporation by and through its counsel and the Defendants D&L Investments, Ltd., d.b.a. Deley Naturals, a Nevada Corporation, and subject to the Court's approval, respectfully stipulate to the dismissal of the above-captioned matter with prejudice under hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against under F.R.C.P. Rule 41(a), with each party bearing their own attorneys' fees and costs incurred in this action.

      Respectfully submitted.

Dated: May 30, 2019        **STUBBS ALDERTON & MARKILES, LLP**

By: /S/ Heather Antoine
    Heather A. Antoine
    Attorneys for Plaintiff Naked Whey, Inc.

Dated: May 30, 2019        **LERNER, DAVID, LITTENBERG, KRUMHOLTZ & MENTLIK**

By: /S/ Gregg Paradise
    Gregg A. Paradise
    Attorneys for Defendant D&L Investments, Ltd. d/b/a Deley Naturals

## ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE

Pursuant to the stipulation of the Parties under F.R.C.P. 41(a), this action is dismissed with prejudice, and the matter is closed.  The Parties will bear their own attorneys' fees and costs incurred in this action.

Dated:  May 30, 2019          **IT IS SO ORDERED.**

_____

JUDGE, UNITED STATES DISTRICT COURT

Stubbs Alderton & Markiles, LLP
15260 Ventura Blvd.
20ᵀᴴ Floor
Sherman Oaks, California 91403

**STIPULATION OF VOLUNTARY DISMISSAL**